1   Margaret T. McCarthy, #020882
    RENAUD COOK DRURY MESAROS, PA
2   One North Central, Suite 900
    Phoenix, Arizona 85004-4417
3   (602) 307-9900
    E-mail:  mmccarthy@rcdmlaw.com
4
    Attorneys for Defendants KV
5   Pharmaceutical Company and ETHEX
    Corporation
6
                    **IN THE UNITED STATES DISTRICT COURT**
7
                        **FOR THE STATE OF ARIZONA**
8
    Michael VanSchaik, Individually and as          CIVIL ACTION NO. _____
9   Surviving Spouse and Representative of the
    Estate of Carolyn Moria Van Schaik;
10  Patrick Patenge, son of Carolyn Moira;
    Andrew Patenge, son of Carolyn Moira,           **NOTICE OF REMOVAL**
11
                        Plaintiffs,
12                                                  By Defendants KV
    v.                                              PHARMACEUTICAL COMPANY
13                                                  AND ETHEX CORPORATION
    Target Stores, Inc., a Minnesota
14  corporation dba Target Pharmacy #1959;
    Ethex Corporation, a Missouri corporation;
15  K-V Pharmaceutical Company, a Delaware
    corporation; Julie Cole, an Arizona             Maricopa County Superior Court Case
16  resident; Tina Do-Tringh; John Does 1-5;        No. CV2009-012125
    Jane Does 1-5; Corporations A-Z,
17
                        Defendants.
18

19          In accordance with the provisions of 18 U.S.C. §1441 *et seq.*, KV Pharmaceutical

20  Company and ETHEX Corporation hereby remove the above-captioned lawsuit from the

21
    Superior Court of Arizona, in and for the County of Maricopa, in which it is currently
22
23  pending, to the United States District Court for the District of Arizona.  As grounds for

24  the removal of this case, KV Pharmaceutical Company and ETHEX Corporation state as

25  follows:

26
LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1)

1.      On April 15, 2009, an action was commenced in the Superior Court of the State of Arizona, in and for the County of Maricopa, entitled <u>Michael Vanschaik, individually and as surviving spouse and representative of the estate of Carolyn Moria Van Schaik; Patrick Patenge, son of Carolyn Moria; Andrew Patenge, son of Carolyn Moira, Plaintiffs, v. Target Stores, Inc., a Minnesota corporation dba Target Pharmacy #1959; Ethex Corporation, a Missouri corporation; K-V Pharmaceutical Company, a Delaware corporation; Julie Cole, an Arizona resident; Tina Do-Tringh; John Does 1-5; Jane Does 105; Corporations A-Z;, Defendants</u>, as Case No. CV2009-012125. Pursuant to 28 U.S.C. § 1446(b), a copy of the Complaint and Summons is attached as Exhibit "A."

2.      The Complaint and Summons were served on KV Pharmaceutical Company[1] on April 27, 2009.

3.      ETHEX Corporation and KV Pharmaceutical Company have not filed any pleadings or papers in the State Court Action, and the time during which ETHEX Corporation and KV Pharmaceutical Company is required by 28 U.S.C. §1446(b) to file this notice of removal has not yet expired.

4.      The action is a civil action that falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity citizenship) and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. §§ 1441(b) and (c).

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2)

52189

5.     Plaintiffs and all proper defendants are, and at all material times were, citizens of different states.

6.     The three named plaintiffs, Michael Vanschaik, Patrick Patenge, and Andrew Patenge, are alleged to be Arizona residents (Complaint, pages 1-2).

7.     Defendant Target Stores is alleged to be a Minnesota corporation (Complaint, page 2).

8.     Defendant ETHEX Corporation is a foreign corporation, incorporated in the State of Missouri, with its principal office and residence in Missouri.

9.     Defendant KV Pharmaceutical Company is a foreign corporation, incorporated in the State of Delaware, with its principal office and residence in Missouri.

10.     The residence of all other defendants is irrelevant to diversity jurisdiction for reasons noted below.  Consequently, this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.

11.     It is well established that "fraudulently joined defendants will not defeat removal on diversity grounds." *Ritchey v. Upjohn Drug Co.*, 139 F.3d 1313, 1318 (9th Cir. 1998) [citing *Emrich v. Touche Ross and Co.*, 846 F.2d 1190, 1193 & n.1 (9th Cir. 1988), and *McCabe v. General Foods Corp.*, 811 F.2d 1336 (9th Cir. 1987)].  "If the plaintiff fails to state a cause of action against a resident defendant, and the failure is obvious according to the settled rules of the state, the joinder of the resident defendant is

---

[1] KV Pharmaceutical Company has been misnamed in Plaintiffs' Complaint as

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

fraudulent." ***McCabe***, 811 F.2d at 1339.  Additionally, "[t]he defendant seeking removal to the federal court is entitled to present the facts showing the joinder to be fraudulent." *Id.*, at 1339, *see also*, ***Wilson v. Republic Iron & Steel Co.***, 257 U.S. 92 (1921).

12.     Defendants Julie Cole and Tina Do-Tringh are "provider" defendants and are alleged to be residents of Arizona (Complaint, page 2).  Assuming defendant Cole and Do-Tringh are Arizona residents, they have been fraudulently joined because plaintiffs have failed to state a cause of action against them and that failure is clear under applicable law.

13.     The gravamen of the Complaint is that the defendants manufactured, labeled and sold an unidentified medication to Carolyn Moira Van Schaik causing her death (Complaint, pages 2-3).

14.     Count I of plaintiffs' Complaint is for strict products liability.  Count I is pled as to all defendants except "provider" defendants Cole and Do-Tringh (Complaint, page 3).

15.     Count II of plaintiffs' Complaint is for negligence.  Count II is pled against all named defendants including the "provider" defendants Cole and Do-Tringh (Complaint, page 4).  Plaintiffs allege that the defendants "had a duty to Plaintiffs to exercise *reasonable and ordinary care* in the design, formulation, testing, manufacture, inspection, sale and dispensing of the medicine, and in issuing proper warnings and instructions including timely and effective recalls" (emphasis added).

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

"K-V Pharmaceutical Company"
(Page 4)

52189

16.     In Arizona, a medical malpractice action or cause of action for medical malpractice means "an action for injury or death against a licensed health care provider based upon such provider's alleged negligence, misconduct, errors or omissions, or breach of contract in the rendering of health care, medical services, nursing services or other health-related services or for the rendering of such health care, medical services, nursing services or other health-related services. without express or implied consent including an action based upon the alleged negligence, misconduct, errors or omissions or breach of contract in collecting, processing or distributing whole human blood, blood components, plasma, blood fractions or blood derivatives." A.R.S. § 12-561.

17.     The necessary elements of proof that injury resulted from a health care provider to follow the accepted standard of care are:

> 1.     The health care provider failed to exercise that degree of care. skill and learning expected of a reasonable, prudent health care provider in the profession or class to which he belongs within the state acting in the same or similar circumstances.
> 2.     Such failure was a proximate cause of the injury.
> A.R.S. § 12-563.

18.     The Arizona citizenship of the "provider" defendants Cole and Do-Tringh should be disregarded for purposes of determining whether this Court has diversity jurisdiction on the ground that plaintiffs have failed to plead the negligence of the "provider" defendants as required under A.R.S. § 12-563.

19.     The "provider" defendants are believed to be pharmacists who dispensed the unidentified medication to the decedent. Arizona courts have held that pharmacists are professionals in the health care area and are subject to a higher standard of care.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 5)

52189

1    *Lasley v. Shrake's Country Club Pharmacy*, 179 Ariz. 583, 586-87, 880 P.2d 1129,

2    1132-33 (Ariz. Ct. App. 1994).

3        20.    Plaintiffs have failed to plead the medical negligence standard required of

4    pharmacists in the State of Arizona.  Consequently, plaintiffs' failure to state a cause of

5    action against the "provider" defendants makes the joinder of those defendants

6    fraudulent. *See McCabe*, 811 F.2d at 1339.

7        21.    Plaintiffs have also failed to comply with A.R.S. § 12-2603(A) which

8    require plaintiffs to certify in writing at the time of filing their Complaint whether or not

9    expert opinion testimony is necessary to prove the health care provider's standard of care

10   or liability for the claim.

11       22.    Count III of plaintiffs' Complaint is for conscious misrepresentation/

12   concealment involving risk of physical harm under Restatement (2nd) of Torts §310.

13   Count III is not pled against the "provider" defendants Cole and Do-Tringh (Complaint,

14   page 5).

15       23.    Count IV of plaintiffs' Complaint is for negligent misrepresentation/

16   concealment involving risk of physical harm under Restatement (2nd) of Torts §311.

17   Count IV is pled against all defendants including the "provider" defendants Cole and Do-

18   Tringh (Complaint, page 6).  This is not a valid claim against the "provider" defendants

19   because it is in the nature of the types of claims that should be brought under A.R.S. §

20   12-563.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

24.     Count V of plaintiffs' Complaint is for consumer fraud.  Count V is pled as to all defendants except the "provider" defendants Cole and Do-Tringh (Complaint, page 7).

25.     Count VI of plaintiffs' Complaint is for implied warranty.  Count VI is not pled against the "provider" defendants Cole and Do-Tringh (Complaint, page 8).

26.     Count VII of plaintiffs' Complaint for negligent supervision and training.  Count VII is not pled against the "provider" defendants Cole and Do-Tringh (Complaint, page 9).

27.     The citizenship of any fictitious defendants named in plaintiffs' Complaint must also be disregarded for purposes of determining removal jurisdiction.  28 U.S.C. § 1441(a) provides as follows:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. ***For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.*** (emphasis added).

28.     The amount in controversy herein clearly exceeds $75,000 given the nature of the allegations of injury, which include allegations for the wrongful death of Carolyn Van Schaik (Complaint, page 3).  Plaintiffs are claiming as damages general damages; special damages; loss of past earnings, loss of future income, and diminished earning capacity; damages for a substantial decrease in the qualify of life and a loss of the ability to engage in the pursuit of various pleasurable activities; the value of past and future

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 7)                                                                                              52189

1   gratuitous services; the loss of consortium, love, affection, care, comfort, companionship
2   and society; and punitive damages (Complaint, pages 9-10).
3
4       29.    Venue of this removal action is proper pursuant to 28 U.S.C. § 1442(a)
5   because this Court is the United States District Court for the district and division
6   embracing the place were the state court action was pending.
7       30.    Defendants Target Stores, Inc. dba Target Pharmacy #1959, Julie Cole and
8   Tina Do-Tringh consent to this Notice of Removal.  Their consent is evidenced by their
9
10  respective consents to Notice of Removal which are attached collectively as Exhibit "B."
11      31.    WHEREFORE, defendants KV Pharmaceutical Company and ETHEX
12  Corporation hereby remove to this Court Maricopa County Superior Court Case No.
13  CV2009-012125.
14
15      32.    A copy of this notice has been filed with the State Court Clerk per Rule
16  2.23.
17
    RESPECTFULLY SUBMITTED this  27ᵀᴴ  day of May, 2009.
18
                                RENAUD COOK DRURY MESAROS, PA
19
20
21  By  _____
        Margaret T. McCarthy
22      One North Central, Suite 900
        Phoenix, Arizona 85004-4417
23      Attorneys for Defendants KV
        Pharmaceutical Company and ETHEX
24      Corporation
25
26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 8)                                                                            521890

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27 day of May, 2009, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

Copy also mailed this same date to:

Mark R. Gilling, Esq.
SANDERS & PARKS, P.C.
3030 N. 3rd Street, Suite 1300
Phoenix, Arizona  85012

By *Cindy Beene*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 9)                                                                 52189

# EXHIBIT "A"

## INDEX TO EXHIBIT "A"

1.      Maricopa County Superior Court Case No.: CV2009-012125 Docket

2.      Demand for Jury Trial

3.      Certificate of Compulsory Arbitration

4.      Complaint

5.      Summons (Target Stores, Inc.)

6.      Summons (KV Pharmaceutical)

7.      Summons (ETHEX Corporation)

8.      Summons (Julie Cole)

9.      Summons (Tina Do-Tringh)

10.     Affidavit of Service (Target Stores, Inc.)

11.     Service of Process Transmittal (KV Pharmaceutical)

12.     Service of Process Transmittal (ETHEX Corporation)

13.     Affidavit of Service (Julie Cole)

14.     Affidavit of Service (Tina Do-Tringh)

# The Judicial Branch of Arizona, Maricopa County

## Docket > Civil Court Cases

Civil Court Case Information - Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2009-012125 | Judge: | Heilman, Joseph |
| File Date: | 4/15/2009L | ocation: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Michael Vanschaik | Plaintiff | Male | MARK GILLING |
| Patrick Patenge | Plaintiff | Male | MARK GILLING |
| Andrew Patenge | Plaintiff | Male | MARK GILLING |
| Target Stores Inc | Defendant | | Pro Per |
| Ethex Corporation | Defendant | | Pro Per |
| K-V Pharmaceutical Company | Defendant | | Pro Per |
| Julie Cole | Defendant | Female | Pro Per |
| Tina Do-Tringh | Defendant | Female | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 4/30/2009 | AFS - Affidavit Of Service | 5/7/2009 | |
| NOTE: JULIE COLE SERVED 4/23/09 | | | |
| 4/30/2009 | AFS - Affidavit Of Service | 5/7/2009 | |
| NOTE: TINA DO-TRINGH SERVED 4/24/09 | | | |
| 4/30/2009 | SUM - Summons | 5/4/2009 | |
| 4/30/2009 | SUM - Summons | 5/4/2009 | |
| 4/30/2009 | AFM - Affidavit of Service Registerd/Certified Mail | 5/8/2009 | |
| NOTE: ETHEX CORPORATION SERVED 04/27/09 | | | |
| 4/30/2009 | AFM - Affidavit of Service Registerd/Certified Mail | 5/8/2009 | |
| NOTE: K-V PHARMACEUTICAL CO SERVED 04/29/09 | | | |
| 4/27/2009 | AFS - Affidavit Of Service | 4/29/2009 | |

**NOTE:** TARGET STORES INC SERVED 04/23/09

| | | |
|---|---|---|
| 4/27/2009 | SUM - Summons | 4/30/2009 |
| 4/15/2009 | COM - Complaint | 4/17/2009 |
| 4/15/2009 | CCN - Cert Arbitration - Not Subject | 4/17/2009 |
| 4/15/2009 | NJT - Not Demand For Jury Trials | 4/17/2009 |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

1   Mark R. Gilling (015078)
    SANDERS & PARKS, P.C.
2   3030 N. 3rd Street, Suite 1300
    Phoenix, Arizona 85012
3   (T) (602) 532-5600; (F) (602) 532-5700

4   John C. Giles (011863)
    Law Office of John C Giles, PC
5   238 West Second Street
    Mesa, Arizona 85201
    (T) 480-964-3505 (F) 480-964-0059
6
    *Attorneys for Plaintiffs*
7



8               **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9               **IN AND FOR THE COUNTY OF MARICOPA**

10  MICHAEL VANSCHAIK, Individually and as     Case No.: CV2009-012125
    Surviving Spouse and Representative of the
11  Estate of Carolyn Moira Van Schaik; PATRICK   **DEMAND FOR JURY TRIAL**
    PATENGE, son of Carolyn Moira; ANDREW
12  PATENGE, son of Carolyn Moira,

13           Plaintiffs,

14  v.

15  TARGET STORES, INC., a Minnesota
    corporation dba TARGET PHARMACY
16  #1959; ETHEX CORPORATION, a Missouri
    corporation; K-V PHARMACEUTICAL
17  COMPANY, a Delaware corporation; JULIE
    COLE, an Arizona resident; TINA DO-
18  TRINGH; JOHN DOES 1-5; JANE DOES 1-5;
    CORPORATIONS A-Z;

19           Defendants,

20       Plaintiffs, Michael Vanschaik, Patrick Patenge, and Andrew Patenge, through

21  counsel undersigned, hereby demands a trial by jury in the above-captioned mattered, of

22  all issues so triable all in accordance with the Rules of Civil Procedure.

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

RESPECTFULLY SUBMITTED this 15th day of April, 2009.

SANDERS & PARKS, P.C.

By _____

Mark R. Gilling
3030 North Third Street, Suite 1300
Phoenix, Arizona  85012-3099
AND
John C. Giles
Law Office of John C Giles, PC
238 West Second Street
Mesa, Arizona 85201

*Attorneys for Plaintiffs*

-2-



COPY

APR 1 5 2009

MICHAEL F. JEANES, CLERK
L. GARCIA
DEPUTY CLERK

Mark R. Gilling (015078)
SANDERS & PARKS, P.C.
3030 N. 3rd Street, Suite 1300
Phoenix, Arizona 85012
(T) (602) 532-5600; (F) (602) 532-5700

John C. Giles (011863)
Law Office of John C Giles, PC
238 West Second Street
Mesa, Arizona 85201
(T) 480-964-3505 (F) 480-964-0059

*Attorneys for Plaintiffs*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MICHAEL VANSCHAIK, Individually and as Surviving Spouse and Representative of the Estate of Carolyn Moira Van Schaik; PATRICK PATENGE, son of Carolyn Moira; ANDREW PATENGE, son of Carolyn Moira, <br><br> Plaintiffs, <br><br> v. <br><br> TARGET STORES, INC., a Minnesota corporation dba TARGET PHARMACY #1959; ETHEX CORPORATION, a Missouri corporation; K-V PHARMACEUTICAL COMPANY, a Delaware corporation; JULIE COLE, an Arizona resident; TINA DO-TRINGH; JOHN DOES 1-5; JANE DOES 1-5; CORPORATIONS A-Z; <br><br> Defendants, | Case No.: CV2009-012125 <br><br> **CERTIFICATE OF COMPULSORY ARBITRATION** |

Plaintiffs, Michael Vanschaik, Patrick Patenge, and Andrew Patenge, through

counsel undersigned, certify that this matter exceeds the jurisdictional requirement and is

**not** subject to compulsory arbitration.

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

RESPECTFULLY SUBMITTED this _15th_ day of April, 2009.

SANDERS & PARKS, P.C.

By _____

Mark R. Gilling
3030 North Third Street, Suite 1300
Phoenix, Arizona  85012-3099
                    AND
John C. Giles
Law Office of John C Giles, PC
238 West Second Street
Mesa, Arizona 85201

*Attorneys for Plaintiffs*

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

-2-

1  Mark R. Gilling (015078)
   SANDERS & PARKS, P.C.
2  3030 N. 3rd Street, Suite 1300
   Phoenix, Arizona 85012
3  (T) (602) 532-5600; (F) (602) 532-5700

   John C. Giles (011863)
4  Law Office of John C Giles, PC
   238 West Second Street
5  Mesa, Arizona 85201
   (T) 480-964-3505 (F) 480-964-0059

6  *Attorneys for Plaintiffs*

7          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
              IN AND FOR THE COUNTY OF MARICOPA

8  MICHAEL VANSCHAIK, Individually and as          Case No.: **CV2009-012125**
   Surviving Spouse and Representative of the
9  Estate of Carolyn Moira Van Schaik; PATRICK      **COMPLAINT**
   PATENGE, son of Carolyn Moira; ANDREW
10 PATENGE, son of Carolyn Moira,                   **(Wrongful death, Strict Products**
                                                     **Liability, Negligence, Restatement**
11          Plaintiffs,                              **(Second) of Torts Section 310,**
                                                     **Restatement (Second) of Torts**
12 v.                                                **Section 311, Consumer Fraud,**
                                                     **Implied Warranty and Negligent**
13 TARGET STORES, INC., a Minnesota                  **Supervision/Training)**
   corporation dba TARGET PHARMACY
14 #1959; ETHEX CORPORATION, a Missouri
   corporation; K-V PHARMACEUTICAL
15 COMPANY, a Delaware corporation; JULIE
   COLE, an Arizona resident; TINA DO-
16 TRINGH; JOHN DOES 1-5; JANE DOES 1-5;
   CORPORATIONS A-Z;
17
            Defendants,

18         Plaintiffs, by and through counsel undersigned, and for their COMPLAINT against

   Defendants, allege as follows:
19
                               **PARTIES AND VENUE**
20         1.     Plaintiff Michael Van Schaik is an Arizona resident living in Maricopa

21 County, Arizona.

           2.     Plaintiff Patrick Patenge is an Arizona resident living in Maricopa County.
22

COPY
APR 1 5 2009
MICHAEL K. JEANES, CLERK
J. GARCIA
DEPUTY CLERK

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

3.     Plaintiff Andrew Patenge is an Arizona resident living in Maricopa County.

4.     Defendant Target Stores, Inc. (hereinafter "Target"), is a Minnesota corporation doing business in Arizona as Target Pharmacy #1959 located at 5110 S. Power Road in Mesa, Arizona.

5.     Defendant K-V Pharmaceutical Company is a Delaware corporation doing business in Arizona.

6.     Defendant Ethex Corporation is a Missouri corporation doing business in Arizona.

7.     Defendants JULIE COLE and TINA DO-TRINGH are believed to be Arizona residents who worked for Target Stores, Inc. in Maricopa County and who, upon information and belief, reside in Maricopa County, Arizona.  Their actions as alleged herein were done in the course and scope of their employment and/or agency with Target Stores, Inc., dba Target Pharmacy #1959 and/or their employers Corporations G-H.

8.     Defendants John Does 1-5, Jane Does 1-5 and Corporations A-Z are individuals or corporations who engaged in activity in Arizona out of which this Complaint arises.

9.     Defendants caused events to occur in Maricopa County, Arizona which are the subject of this Complaint and which satisfy the monetary jurisdiction of this Court, therefore, jurisdiction and venue are proper in this Court.

## GENERAL ALLEGATIONS

10.     Defendants Ethex Corporation, K-V Pharmaceutical Company and Corporations A-C manufactured, labeled and sold into the stream of commerce, including Arizona, certain medication by and through Defendant Target Stores, Inc. dba Target Pharmacy #1959 and/or Corporations D-F, John Does 1-3 and Jane Does 1-3 which in turn was dispensed to Carolyn Van Schaik.  The medicine was dispensed and sold by Defendants Julie Cole and/or Tina Do-Tringh or under their supervision and direction.

11.     Carolyn Van Schaik took the medication according to the prescription and instructions provided by said foregoing Defendants.

-2-

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

12.     Unbeknownst to Carolyn Van Schaik and Plaintiffs, the medication was mislabeled and as a result of taking the mislabeled medicine Carolyn Van Schaik died leaving her surviving husband, Plaintiff Michael Van Schaik, and children, Plaintiffs Patrick Patenge and Andrew Patenge.  Pursuant to Arizona's Wrongful Death statute, Plaintiffs assert the claims set forth herein for the wrongful death of Carolyn Van Schaik.

13.     Subsequent to manufacturing, labeling and selling the medicine, and subsequent to Carolyn Van Schaik taking the medicine and dying from it, Defendants issued a recall notice notifying Carolyn Van Schaik that the medicine was being recalled due to the fact that Defendants knew it to have been mislabeled and oversized because it contained twice the dosage of drugs.

## COUNT I

### (STRICT PRODUCTS LIABILITY – ALL DEFENDANTS EXCEPT JULIE COLE, TINA DO-TRINGH, JOHN DOES 1-3 and JANE DOES 1-3)

14.     Plaintiffs hereby incorporate by reference all prior and foregoing allegations in this Complaint as though fully set forth herein.

15.     The medicine manufactured, labeled and sold by the above mentioned Defendants, and the warnings and instructions given by them, were defective and unreasonably dangerous in design and manufacture, and in warnings/instructions, for its intended and foreseeable use at the time it left the Defendants, and as a proximately result of said defects Carolyn Van Schaik died and Plaintiffs suffered damages.

16.     Defendants are engaged in the business of manufacturing and/or selling tires, and manufactured, sold or otherwise placed into the stream of commerce the tire that failed in this accident.

17.     Defendants are strictly liable to Plaintiffs in tort.

18.     Plaintiffs were relying on the skill and judgment of Defendants to ensure that the medicine would be suitable for the purposes for which it was being used.

19.     Defendants understand that using the recalled medicine as intended would result in injury or death.

-3-

20.    Plaintiffs are informed and believe that Defendants knew or should have known about the defects alleged in this Complaint and that injury and deaths could occur or were consciously indifferent to their substantial likelihood.  Defendants acted with willful, wanton, reckless and malicious behavior and/or a conscious disregard of the substantial risk that such conduct might catastrophically injure or kill someone.

21.    Plaintiffs are accordingly entitled to punitive damages against Defendants.

## COUNT II

### (NEGLIGENCE – ALL DEFENDANTS)

22.    Plaintiffs hereby incorporate by reference all prior allegations in this Complaint as though fully set forth herein.

23.    All Defendants were negligent in the manufacture, inspection, distribution, sale and dispensing of the medicine, in the failure to properly warn and instruct, and in the giving of improper warnings and instructions.

24.    Defendants had a duty to Plaintiffs to exercise reasonable and ordinary care in the design, formulation, testing, manufacture, inspection, sale and dispensing of the medicine, and in issuing proper warnings and instructions including timely and effective recalls.

25.    Defendants breached these duties to Plaintiffs with respect to the subject medicine which contain twice the labeled dosage, and which foreseeably and proximately led to the death of Carolyn Van Schaik.

26.    Defendants further breached its duty to Plaintiffs by failing to promptly recall the medicine or take other appropriate remedial action.

27.    Defendants Ethex and K-V Pharmaceutical knew or should have known that the medicine was unreasonably dangerous and posed a risk of death in that said Defendants knew that the manufacture of the medicine was not done in accordance with good practices, industry standards or custom and have admitted same in a consent order with the FDA.

28.    As a direct and proximate result of the negligence of Defendants, Carolyn

-4-

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

Van Schaik died and Plaintiffs suffered damages.

29.     Plaintiffs are informed and believe that Defendants knew or should have known about the negligence alleged in this Complaint and that life-threatening accidents such as that which occurred would result.   Nonetheless, Defendants did not take measures to remedy its negligence, nor timely and effectively warn the public or consumers like Plaintiffs about its negligence and the risks that it posed.  Defendants acted with a willful, wanton, reckless, and malicious behavior and/or a conscious disregard of the substantial risk that such conduct might threaten the life, or seriously injure the physical health, welfare, and safety of consumers like Plaintiffs.

30.     Accordingly, Plaintiffs are entitled to punitive damages against Defendants.

## COUNT III

### (RESTATEMENT (SECOND) OF TORTS SECTION 310 – CONSCIOUS MISREPRESENTATION/CONCEALMENT INVOLVING RISK OF PHYSICAL HARM – ALL DEFENDANTS EXCEPT JULIE COLE AND TINA DO-TRINGH)

31.     Plaintiffs hereby incorporate by reference all prior allegations in this Complaint as though fully set forth herein.

32.     Defendants engaged in a course of advertising, marketing, instructing and promoting the medicine that contained express and implied misstatements of material fact concerning the character, quality and safety of this product including that it was safe to use as directed when in fact the medicine contained double the dosage of the drug and would be harmful or fatal if taken as directed.

33.     Defendants Ethex and K-V Pharmaceutical further concealed their knowledge of the misstatements of material fact concerning the character, quality and safety of the medicine known to them to exist as a result of their knowing failure to follow good practice, custom and industry standard in the manufacture of the medicine.

34.     Defendants' false statements/concealment were made to others, including but not limited to Julie Cole, Tina Do-Tringh, Target Stores, Inc. and others employed at the Target Pharmacy #1959, other pharmacies and consumers, and did not purport to

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

-5-

1    merely reflect their opinions.

2          35.   Defendants knowingly, recklessly or negligently made the aforementioned false statements/concealments.

3          36.   Defendants intended to induce those persons to whom it made the false

4    representations/concealments to rely on them, which they reasonably did to the detriment

5    of Plaintiffs.

          37.   As a direct and proximate result of these false statements/concealments

6    made to others, and their reasonable reliance upon them, Plaintiffs suffered the injuries

7    and damages described above.

          38.   Plaintiffs are informed and believe that Defendants knew or should have

8    known about the falsity of their statements and that life-threatening injuries, such as the

9    death of Carolyn Van Schaik, could occur if said statements were relied upon, and further

10   acted with fraudulent intent.  Such acts and/or omissions constitute a willful, wanton,

11   reckless, and malicious behavior and/or a conscious disregard of the substantial risk that

     such conduct might threaten the life or seriously injure the physical health, welfare, and

12   safety of the public and consumers like Plaintiffs.

13         39.   Plaintiffs are accordingly entitled to punitive damages against Defendants.

     <u>**COUNT IV**</u>

14   **(RESTATEMENT (SECOND) OF TORTS, SECTION 311—NEGLIGENT**

15   **MISREPRESENTATION/CONCEALMENT INVOLVING**
     **RISK OF PHYSICAL HARM—ALL DEFENDANTS)**

16         40.   Plaintiffs hereby incorporate by reference all prior allegations in this

17   Complaint as though fully set forth herein.

18         41.   Defendants negligently and/or unreasonably failed to truthfully report, warn

     or instruct on the dangerous nature of the medicine by virtue of failing to make

19   reasonable inquiry as to the character, suitability, safety, identify, size and labeling of the

20   medicine before misrepresenting it by concealing that it contained twice the dosage of

21   drug.

           42.   Defendants thus negligently and/or unreasonably failed to communicate the

22

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

dangerous propensities of the medicine and misrepresented its quality and character to Plaintiffs, the public, other employees of Target Stores, Inc. and other pharmacies and also the FDA.

43.     The misrepresentations/concealments directly and proximately led to the sale and use by Carolyn Van Schaik and her resulting death as well as the reliance by others on that the medicine was safe if used as directed and instructed.

44.     Defendants intended that Plaintiffs, the public, FDA, pharmacies including Target Stores, Inc. dba Target Pharmacy #1959 and others rely upon the false representations/concealments in order to induce the sale of said medicine and its use by Carolyn Van Schaik, which intent had its intended effect as the foregoing reasonably relied upon the misrepresentations/concealments.   Defendant had information in its possession, or available to it had it acted reasonably, in order to truthfully convey that the medicine was dangerous and could result death or serious injury.

45.     Defendants'   negligent   misrepresentation/concealment   directly   and proximately led to and caused Plaintiffs' damages as described herein.

46.     Plaintiffs are informed and believe that Defendants knew or should have known about the falsity of their statements/concealments, and further acted with malice or reckless disregard for the substantial likelihood that catastrophic injuries would result from their conduct, which in fact occurred with Plaintiffs.   Such acts and/or omissions constitute a willful, wanton, reckless, and malicious behavior and/or a conscious disregard of the substantial risk that such conduct might threaten the life or seriously injure the physical health, welfare, and safety of the public and consumers like Plaintiffs.

47.     Plaintiffs are accordingly entitled to punitive damages against Defendants.

## COUNT V

### (CONSUMER FRAUD—ALL DEFENDANTS
### EXCEPT JULIE COLE AND TINA DO-TRINGH)

48.     Plaintiffs hereby incorporate by reference all prior allegations in this Complaint as though fully set forth herein.

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

49.     Defendants engaged in the use of a deception, deceptive act or practice, fraud, false pretense, false promise, misrepresentation, or concealment, suppression or omission of a material fact in the advertisement and sale of merchandise (the medicine) as described above including misrepresenting the dosage and also that it was safe for its intended use as instructed and further in its labeling, warnings and instructions.

50.     Defendants intended consumers including Carolyn Van Schaik and Plaintiffs to rely upon their deception as described above.

51.     Carolyn Van Schaik died and Plaintiffs were damaged as a proximate result of Defendants' deceptive acts and practices as described above.

52.     Plaintiffs are informed and believe that Defendants knew or should have known about their deception as described above, and further acted with malice or reckless disregard for the substantial likelihood that catastrophic injuries would result from their conduct, which in fact occurred with Plaintiffs.  Such acts and/or omissions constitute a willful, wanton, reckless, and malicious behavior and/or a conscious disregard of the substantial risk that such conduct might threaten the life or seriously injure the physical health, welfare, and safety of the public and consumers like Plaintiffs.

53.     Plaintiffs are accordingly entitled to punitive damages against Defendants.

## COUNT VI

### (IMPLIED WARRANTY—ALL DEFENDANTS
### EXCEPT JULIE COLE AND TINA DO-TRINGH)

54.     Plaintiffs hereby incorporate by reference all prior allegations in this Complaint as though fully set forth herein.

55.     Defendants impliedly warranted that the medicine was of the correct dosage and was safe and merchantable if used as instructed, labeled and warned.

56.     In fact the medicine was not merchantable and not safe for use as instructed, labeled, warned and thus warranted.

57.     Defendants consequently breached the implied warranty provided with the sale of the medicine.

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

-8-

58.     As a consequence of the breach, Carolyn Van Schaik died and Plaintiffs suffered damages.

## COUNT VII

### (NEGLIGENT SUPERVISION AND TRAINING—DEFENDANTS TARGET STORES, INC., dba TARGET PHARMACY #1959, CORPORATIONS G-M, JOHN DOES 1-5 and JANE DOES 1-5)

59.     Plaintiffs hereby incorporate by reference all prior allegations in this Complaint as though fully set forth herein.

60.     Defendants had a duty to properly supervise and train their employees and/or agents, including Julie Cole and Tina Do-Tringh, in the dispensing, sale, inspection and warnings of medicine sold by them including the medicine sold by Julie Cole and/or Tina Do-Tringh at Target Pharmacy #1959 to Carolyn Van Schaik to ensure that it was the correct size, dosage and contained proper warnings and instructions.

61.     Defendants breached their duty of training and supervision in that the medicine that was sold at Target Pharmacy #1949 by Julie Cole and/or Tina Do-Tringh was double the dosage, posed a serious risk of death, and further contained erroneous instructions and warnings such that when taken as instructed it led to Carolyn Van Schaik's death insofar as it contained double the dosage of drugs.

62.     Defendants' breach of the duty of training and supervision proximately caused Carolyn Van Schaik's death and Plaintiffs' damages.

**WHEREFORE,** Plaintiffs pray for a judgment against Defendants in an amount determined by a jury to be sufficient to compensate Plaintiffs for the damages they have suffered and will suffer in the future as a result of Defendants' conduct, including but not limited to:

1.      General damages to compensate Plaintiffs for the catastrophic injuries and emotional and physical pain they have suffered and will continue to suffer;

2.      Special damages for medical, funeral and health care expenses that the Plaintiffs have incurred and will continue to incur in the future;

-9-

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

3.   Loss of past earnings, loss of future income, and diminished earning capacity;

4.   Damages for a substantial decrease in the quality of life and a loss of the ability to engage in the pursuit of various pleasurable activities;

5.   The value of past and future gratuitous services provided by Plaintiffs' family and friends to the extent that such gratuitous services were made necessary by the Defendants' tortious conduct which led to Plaintiffs' damages;

6.   Damages to Plaintiffs resulting from the loss of consortium, love, affection, care, comfort, companionship and society of their family as a result of the catastrophic injuries and deaths;

7.   For other general and special damages available under law;

8.   For punitive damages against Defendants to punish it and deter them from engaging in like conduct in the future;

9.   For Plaintiffs' cost of suit;

10.  For Plaintiffs' reasonable attorneys' fees as allowed by law; and

11.  For such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 15th day of April, 2009.

SANDERS & PARKS, P.C.

By
_____
Mark R. Gilling
3030 North Third Street, Suite 1300
Phoenix, Arizona  85012-3099
AND
John C. Giles
Law Office of John C Giles, PC
238 West Second Street
Mesa, Arizona 85201

*Attorneys for Plaintiffs*

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

-10-

MICHAEL K. JEANES, CLERK
RECEIVED CCC #7
DOCUMENT DEPOSITORY

09 APR 27 PH 3: 04

1  Mark R. Gilling (015078)
   SANDERS & PARKS, P.C.
2  3030 N. 3rd Street, Suite 1300
   Phoenix, Arizona 85012
3  (T) (602) 532-5600; (F) (602) 532-5700

FILED
BY _M. Mejia_, DEP.

4  John C. Giles (011863)
   Law Office of John C Giles, PC
   238 West Second Street
5  Mesa, Arizona 85201
   (T) 480-964-3505 (F) 480-964-0059

ORIGINAL

6

7  *Attorneys for Plaintiffs*

   **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
8
   **IN AND FOR THE COUNTY OF MARICOPA**
9
   MICHAEL VANSCHAIK, Individually and as       Case No.: CV2009-012125
10 Surviving Spouse and Representative of the
   Estate of Carolyn Moira Van Schaik; PATRICK   **SUMMONS**
11 PATENGE, son of Carolyn Moira; ANDREW
   PATENGE, son of Carolyn Moira,
12
           Plaintiffs,
13
   v.
14
   TARGET STORES, INC., a Minnesota
15 corporation dba TARGET PHARMACY
   #1959; ETHEX CORPORATION, a Missouri
16 corporation; K-V PHARMACEUTICAL
   COMPANY, a Delaware corporation; JULIE
17 COLE, an Arizona resident; TINA DO-
   TRINGH; JOHN DOES 1-5; JANE DOES 1-5;
18 CORPORATIONS A-Z;
19         Defendants,

20 **THE STATE OF ARIZONA TO THE DEFENDANT:**

21                 **TARGET STORES, INC.**

22

IF YOU WANT THE ADVICE OF A
LAWYER, YOU MAY WISH TO CONTACT
THE LAWYER REFERRAL SERVICE AT
602-257-4434 OR ON-LINE AT
WWW.LAWYERFINDERS.ORG. LRS IS
SPONSORED BY THE MARICOPA
COUNTY BAR ASSOCIATION

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within **twenty (20)** days after the service of the **Summons** and **Complaint** upon you, exclusive of the day of service. If served out of the State of Arizona, whether by direct service, by registered or certified mail, or by publication, you shall appear and defend within **thirty (30)** days after the service of the **Summons** and **Complaint** upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of **forty (40)** days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete **thirty (30)** days after the date of filing the Receipt and Affidavit of Service with the Court.

Service by Publication is complete **thirty (30)** days after the date of first publication. Direct Service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete **thirty (30)** days after filing the Affidavit of Compliance and return receipt or Officer's Return. RCP 4; ARS §§ 20-222, 28-502, 28-**503.**

**YOU ARE HEREBY NOTIFIED** that, in case of your failure to appear and defend within the time applicable, judgment, by default, may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that, in order to appear and defend, you must file an **Answer or proper response in writing** with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. RCP 10(d); ARS § 12-311; RCP 5.

The name and address of Plaintiffs' attorneys are:

Mark R. Gilling, Esq.
**SANDERS & PARKS, P.C.**
3030 North Third Street
Suite 1300
Phoenix, Arizona 85012-3099
(602) 532-5600

John C. Giles, Esq.
Law Office of John C Giles, PC
238 West Second Street
Mesa, Arizona 85201
(480) 964-3505

-2-

1

**REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS**
2   **WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO**
**THE CASE BY PARTIES AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF A**
3   **SCHEDULED COURT PROCEEDING.**

4   SIGNED AND SEALED this date: _____APR 1 5 2009_____

5                                              CLERK OF THE COURT

6                                              MICHAEL K. JEANES, CLERK

7                                              By _____

8                                              Deputy Clerk

9



SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

-3-

Mark R. Gilling (015078)
SANDERS & PARKS, P.C.
3030 N. 3rd Street, Suite 1300
Phoenix, Arizona 85012
(T) (602) 532-5600; (F) (602) 532-5700

John C. Giles (011863)
Law Office of John C Giles, PC
238 West Second Street
Mesa, Arizona 85201
(T) 480-964-3505 (F) 480-964-0059

*Attorneys for Plaintiffs*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MICHAEL VANSCHAIK, Individually and as Surviving Spouse and Representative of the Estate of Carolyn Moira Van Schaik; PATRICK PATENGE, son of Carolyn Moira; ANDREW PATENGE, son of Carolyn Moira,<br><br>     Plaintiffs,<br><br>v.<br><br>TARGET STORES, INC., a Minnesota corporation dba TARGET PHARMACY #1959; ETHEX CORPORATION, a Missouri corporation; K-V PHARMACEUTICAL COMPANY, a Delaware corporation; JULIE COLE, an Arizona resident; TINA DO-TRINGH; JOHN DOES 1-5; JANE DOES 1-5; CORPORATIONS A-Z;<br><br>     Defendants, | Case No.: CV2009-012125<br><br>**SUMMONS**<br><br>IF YOU WANT THE ADVICE OF A LAWYER, YOU MAY WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT 602-257-4434 OR ON-LINE AT WWW.LAWYERFINDERS.ORG. LRS IS SPONSORED BY THE MARICOPA COUNTY BAR ASSOCIATION |

**THE STATE OF ARIZONA TO THE DEFENDANT:**

**K-V PHARMACEUTICAL COMPANY**

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within **twenty (20)** days after the service of the **Summons** and **Complaint** upon you, exclusive of the day of service. If served out of the State of Arizona, whether by direct service, by registered or certified mail, or by publication, you shall appear and defend within **thirty (30)** days after the service of the **Summons** and **Complaint** upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of **forty (40)** days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete **thirty (30)** days after the date of filing the Receipt and Affidavit of Service with the Court.

Service by Publication is complete **thirty (30)** days after the date of first publication. Direct Service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete **thirty (30)** days after filing the Affidavit of Compliance and return receipt or Officer's Return. **RCP 4; ARS §§ 20-222, 28-502, 28-503.**

**YOU ARE HEREBY NOTIFIED** that, in case of your failure to appear and defend within the time applicable, judgment, by default, may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that, in order to appear and defend, you must file an **Answer or proper response in writing** with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. **RCP 10(d); ARS § 12-311; RCP 5.**

The name and address of Plaintiffs' attorneys are:

Mark R. Gilling, Esq.
**SANDERS & PARKS, P.C.**
3030 North Third Street
Suite 1300
Phoenix, Arizona 85012-3099
(602) 532-5600

John C. Giles, Esq.
Law Office of John C Giles, PC
238 West Second Street
Mesa, Arizona 85201
(480) 964-3505

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

-2-

**REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

SIGNED AND SEALED this date: _____

CLERK OF THE COURT

COPY

APR 1 5 2009

By _____
    Deputy Clerk

MICHAEL K. JEANES, CLERK
J. GARCIA
DEPUTY CLERK

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

-3-

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

1  Mark R. Gilling (015078)
   SANDERS & PARKS, P.C.
2  3030 N. 3rd Street, Suite 1300
   Phoenix, Arizona 85012
3  (T) (602) 532-5600; (F) (602) 532-5700

4  John C. Giles (011863)
   Law Office of John C Giles, PC
5  238 West Second Street
   Mesa, Arizona 85201
6  (T) 480-964-3505 (F) 480-964-0059

7  *Attorneys for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8

## IN AND FOR THE COUNTY OF MARICOPA

9

| | |
|---|---|
| MICHAEL VANSCHAIK, Individually and as Surviving Spouse and Representative of the Estate of Carolyn Moira Van Schaik; PATRICK PATENGE, son of Carolyn Moira; ANDREW PATENGE, son of Carolyn Moira,  Plaintiffs,  v.  TARGET STORES, INC., a Minnesota corporation dba TARGET PHARMACY #1959; ETHEX CORPORATION, a Missouri corporation; K-V PHARMACEUTICAL COMPANY, a Delaware corporation; JULIE COLE, an Arizona resident; TINA DO-TRINGH; JOHN DOES 1-5; JANE DOES 1-5; CORPORATIONS A-Z;  Defendants, | Case No.: CV2009-012125  **SUMMONS**  IF YOU WANT THE ADVICE OF A LAWYER, YOU MAY WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT 602-257-4434 OR ON-LINE AT WWW.LAWYERFINDERS.ORG. LRS IS SPONSORED BY THE MARICOPA COUNTY BAR ASSOCIATION |

10
11
12
13
14
15
16
17
18
19

20  **THE STATE OF ARIZONA TO THE DEFENDANT:**

21  **ETHEX CORPORATION**

22

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within **twenty (20)** days after the service of the **Summons** and **Complaint** upon you, exclusive of the day of service. If served out of the State of Arizona, whether by direct service, by registered or certified mail, or by publication, you shall appear and defend within **thirty (30)** days after the service of the **Summons** and **Complaint** upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of **forty (40)** days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete **thirty (30)** days after the date of filing the Receipt and Affidavit of Service with the Court.

Service by Publication is complete **thirty (30)** days after the date of first publication. Direct Service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete **thirty (30)** days after filing the Affidavit of Compliance and return receipt or Officer's Return. **RCP 4; ARS §§ 20-222, 28-502, 28-503.**

**YOU ARE HEREBY NOTIFIED** that, in case of your failure to appear and defend within the time applicable, judgment, by default, may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that, in order to appear and defend, you must file an **Answer or proper response in writing** with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. **RCP 10(d); ARS § 12-311; RCP 5.**

The name and address of Plaintiffs' attorneys are:

Mark R. Gilling, Esq.
**SANDERS & PARKS, P.C.**
3030 North Third Street
Suite 1300
Phoenix, Arizona 85012-3099
(602) 532-5600

John C. Giles, Esq.
Law Office of John C Giles, PC
238 West Second Street
Mesa, Arizona 85201
(480) 964-3505

-2-

**REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

SIGNED AND SEALED this date: _____

CLERK OF THE COURT

By _____
Deputy Clerk

COPY

APR 1 5 2009

MICHAEL K. JEANES, CLERK
B. GARCIA
DEPUTY CLERK

-3-

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

MICHAEL K. JEANES, CLERK
RECEIVED CCC #8
DOCUMENT DEPOSITORY

09 APR 30  PM 3: 08

1  Mark R. Gilling (015078)
   SANDERS & PARKS, P.C.
2  3030 N. 3rd Street, Suite 1300
   Phoenix, Arizona 85012
3  (T) (602) 532-5600; (F) (602) 532-5700

FILED
BY K Edwards, DEP

ORIGINAL

4  John C. Giles (011863)
   Law Office of John C Giles, PC
   238 West Second Street
5  Mesa, Arizona 85201
   (T) 480-964-3505 (F) 480-964-0059

6

7  *Attorneys for Plaintiffs*

   **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8      **IN AND FOR THE COUNTY OF MARICOPA**

9  MICHAEL VANSCHAIK, Individually and as     Case No.: CV 2009 - 012125
   Surviving Spouse and Representative of the
10 Estate of Carolyn Moira Van Schaik; PATRICK   **SUMMONS**
   PATENGE, son of Carolyn Moira; ANDREW
11 PATENGE, son of Carolyn Moira,

12        Plaintiffs,     IF YOU WANT THE ADVICE OF A
                          LAWYER, YOU MAY WISH TO CONTACT
                          THE LAWYER REFERRAL SERVICE AT
13 v.                     602-257-4434 OR ON-LINE AT
                          WWW.LAWYERFINDERS.ORG. LRS IS
14 TARGET STORES, INC., a Minnesota   SPONSORED BY THE MARICOPA
   corporation dba TARGET PHARMACY     COUNTY BAR ASSOCIATION
15 #1959; ETHEX CORPORATION, a Missouri
   corporation; K-V PHARMACEUTICAL
16 COMPANY, a Delaware corporation; JULIE
   COLE, an Arizona resident; TINA DO-
17 TRINGH; JOHN DOES 1-5; JANE DOES 1-5;
   CORPORATIONS A-Z;
18
         Defendants,
19

20 **THE STATE OF ARIZONA TO THE DEFENDANT:**

21                          **JULIE COLE**

22

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within **twenty (20)** days after the service of the **Summons** and **Complaint** upon you, exclusive of the day of service. If served out of the State of Arizona, whether by direct service, by registered or certified mail, or by publication, you shall appear and defend within **thirty (30)** days after the service of the **Summons** and **Complaint** upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of **forty (40)** days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete **thirty (30)** days after the date of filing the Receipt and Affidavit of Service with the Court.

Service by Publication is complete **thirty (30)** days after the date of first publication. Direct Service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete **thirty (30)** days after filing the Affidavit of Compliance and return receipt or Officer's Return. **RCP 4; ARS §§ 20-222, 28-502, 28-503.**

**YOU ARE HEREBY NOTIFIED** that, in case of your failure to appear and defend within the time applicable, judgment, by default, may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that, in order to appear and defend, you must file an **Answer or proper response in writing** with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. **RCP 10(d); ARS § 12-311; RCP 5.**

The name and address of Plaintiffs' attorneys are:

Mark R. Gilling, Esq.
**SANDERS & PARKS, P.C.**
3030 North Third Street
Suite 1300
Phoenix, Arizona 85012-3099
(602) 532-5600

John C. Giles, Esq.
Law Office of John C Giles, PC
238 West Second Street
Mesa, Arizona 85201
(480) 964-3505

-2-

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

**REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

SIGNED AND SEALED this date: _____

APR 15 2009

CLERK OF THE COURT

**MICHAEL K. JEANES, CLERK**

By _____

Deputy Clerk



-3-

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

MICHAEL K. JEANES, CLERK.
RECEIVED CCC #8
DOCUMENT DEPOSITORY

09 APR 30 PH 3: 08

FILED
BY K. Edwards, DEP

1   Mark R. Gilling (015078)
    SANDERS & PARKS, P.C.
2   3030 N. 3rd Street, Suite 1300
    Phoenix, Arizona 85012
3   (T) (602) 532-5600; (F) (602) 532-5700

ORIGINAL

4   John C. Giles (011863)
    Law Office of John C Giles, PC
5   238 West Second Street
    Mesa, Arizona 85201
    (T) 480-964-3505 (F) 480-964-0059
6

7   *Attorneys for Plaintiffs*

    **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
8
    **IN AND FOR THE COUNTY OF MARICOPA**
9
    MICHAEL VANSCHAIK, Individually and as        Case No.: CV2009-012125
10  Surviving Spouse and Representative of the
    Estate of Carolyn Moira Van Schaik; PATRICK   **SUMMONS**
11  PATENGE, son of Carolyn Moira; ANDREW
    PATENGE, son of Carolyn Moira,

12                                                 IF YOU WANT THE ADVICE OF A
            Plaintiffs,                            LAWYER, YOU MAY WISH TO CONTACT
13                                                 THE LAWYER REFERRAL SERVICE AT
    v.                                             602-257-4434 OR ON-LINE AT
14                                                 WWW.LAWYERFINDERS.ORG. LRS IS
    TARGET STORES, INC., a Minnesota              SPONSORED BY THE MARICOPA
15  corporation dba TARGET PHARMACY               COUNTY BAR ASSOCIATION
    #1959; ETHEX CORPORATION, a Missouri
16  corporation; K-V PHARMACEUTICAL
    COMPANY, a Delaware corporation; JULIE
17  COLE, an Arizona resident; TINA DO-
    TRINGH; JOHN DOES 1-5; JANE DOES 1-5;
18  CORPORATIONS A-Z;

19          Defendants,

20  **THE STATE OF ARIZONA TO THE DEFENDANT:**

21                          **TINA DO-TRINGH**

22

SANDERS & PARKS, P.C.
3030 N. THIRD STREET #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within **twenty (20)** days after the service of the **Summons** and **Complaint** upon you, exclusive of the day of service. If served out of the State of Arizona, whether by direct service, by registered or certified mail, or by publication, you shall appear and defend within **thirty (30)** days after the service of the **Summons** and **Complaint** upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of **forty (40)** days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete **thirty (30)** days after the date of filing the Receipt and Affidavit of Service with the Court.

Service by Publication is complete **thirty (30)** days after the date of first publication. Direct Service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete **thirty (30)** days after filing the Affidavit of Compliance and return receipt or Officer's Return. **RCP 4; ARS §§ 20-222, 28-502, 28-503.**

**YOU ARE HEREBY NOTIFIED** that, in case of your failure to appear and defend within the time applicable, judgment, by default, may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that, in order to appear and defend, you must file an **Answer or proper response in writing** with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. **RCP 10(d); ARS § 12-311; RCP 5.**

The name and address of Plaintiffs' attorneys are:

Mark R. Gilling, Esq.
**SANDERS & PARKS, P.C.**
3030 North Third Street
Suite 1300
Phoenix, Arizona 85012-3099
(602) 532-5600

John C. Giles, Esq.
Law Office of John C Giles, PC
238 West Second Street
Mesa, Arizona 85201
(480) 964-3505

-2-

SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

**REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

APR 1 5 2009

SIGNED AND SEALED this date: _____

CLERK OF THE COURT

MICHAEL K. JEANES, CLERK

By _____
Deputy Clerk



SANDERS & PARKS, P.C.
3030 N. THIRD STREET, #1300
PHOENIX, ARIZONA 85012
(602) 523-5600

-3-

MICHAEL K. JEANES, CLERK
RECEIVED CCC #7
DOCUMENT DEPOSITORY

09 APR 27  PH 3: 04

HAWKINS and E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081  FAX: (602) 258-8864

CLIENT FILE NO.
73510-001

FILED
BY: M. Mejia , DEP.

IN THE ARIZONA SUPERIOR COURT
STATE OF ARIZONA COUNTY OF MARICOPA

**MICHAEL VANSCHAIK**
VS
**TARGET STORES, INC.**

CASE NO. CV2009-012125

STATE OF ARIZONA                          )                AFFIDAVIT OF SERVICE
MARICOPA COUNTY                           )
THE AFFIANT, being sworn, states: That I am a private process server registered in
MARICOPA COUNTY and an Officer of the Court.  On 04/22/09 I received the SUMMONS;
COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL

from SANDERS & PARKS and by MARK GILLING in each instance I personally served a
copy of each document listed above upon:
TARGET STORES, INC., A MINNESOTA CORPORATION, DBA TARGET PHARMACY #1959, BY SERVICE
UPON ITS STATUTORY AGENT, C.T. CORPORATION SYSTEM on 04/23/09 at 8:35 am at 2394 E.
CAMELBACK ROAD PHOENIX, AZ 85016 MARICOPA COUNTY in the manner shown below:

by leaving true copy(ies) of the above documents with MOLLY MARTINEZ, PROCESS
SPECIALIST, STATED AUTHORIZED TO ACCEPT.

Description: HISP, Female, Approx. 45 yrs. of age, 4' 6" tall, Weighing 130lbs.,
BROWN HAIR,

DON A. FOOTZ, ACPS                        Affiant
Sworn to before me the  Apr 24, 2009

Kathy Hernandez                           Notary

My Commission expires:  06/01/2012

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 16.00 |
| MILES | 8   $ | 16.00 |
| SERVICE CHARGE | $ | 5.00 |
| AFFIDAVIT PREP/NOTARY | $ | 10.00 |
| TOTAL | $ | 47.00 |

1576171 7787 02
ORIGINAL

AX021576171

OFFICIAL SEAL
KATHY HERNANDEZ
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. June 1, 2012

 **CT Corporation**

**Service of Process Transmittal**
04/27/2009
CT Log Number 514775894

**TO:**   Robert M. Shaw
K-V Pharmaceutical Company
2503 South Hanley
Saint Louis, MO 63144

**RE:**   **Process Served in Missouri**

**FOR:**   K-V PHARMACEUTICAL COMPANY (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Michael Vanschaik, Individually and as Surviving Spouse and Representative of the Estate of Carolyn Moira Van Schaik; Patrick Patenge, son of Carolyn Moira; Andrew Patenge, son of Carolyn Moria, Pltfs.. vs. Target Stores, Inc., etc al., K-V Pharmaceutical Company, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Certificate of Compulsory Arbitration, Demand for Jury Trial |
| **COURT/AGENCY:** | Superior Court in and for the County of Maricopa, AZ<br>Case # CV2009012125 |
| **NATURE OF ACTION:** | Product Liability Litigation · Drug Litigation · Wrongful death · Medication was mislabed |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Clayton, MO |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/27/2009 postmarked on 04/22/2009 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of date of service |
| **ATTORNEY(S) / SENDER(S):** | Mark R. Gilling, Esq.<br>Sanders & Parks, P.C.<br>3030 North Third Street<br>Suite 1300<br>Phoenix, AZ 85012<br>602-532-5600 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 792149118660<br>Email Notification, Shelley Smugala ssmugala@kvph.com<br>Email Notification, Robert M. Shaw rshaw@kvph.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Meghan Saffell |
| **ADDRESS:** | 120 South Central Avenue<br>Suite 400<br>Clayton, MO 63105 |
| **TELEPHONE:** | 314-863-5545 |

Page 1 of  1 / BL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 CT Corporation

**Service of Process Transmittal**
04/27/2009
CT Log Number 514775016

TO: Robert M. Shaw
K-V Pharmaceutical Company
2503 South Hanley
Saint Louis, MO 63144

RE: **Process Served in Missouri**

FOR: ETHEX CORPORATION (Domestic State: MO)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Michael Vanschaik Individually and as Surviving Spouse and Representative of the Estate of Carolyn Moira Van schaik, et al., Pltfs. vs. Target Stores, Inc., etc., et al. including Ethex Corporation, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Certificate of Compulsory, Demand |
| **COURT/AGENCY:** | Superior Court County of Maricopa, AZ<br>Case # CV2009012125 |
| **NATURE OF ACTION:** | Product Liability Litigation - Drug Litigation - Wrongful Death - as a result of mislabled medication |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Clayton, MO |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/27/2009 postmarked on 04/22/2009 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of date of service |
| **ATTORNEY(S) / SENDER(S):** | Mark R. Gilling<br>Sanders & Parks, P.C.<br>3030 North Third Street<br>Suite 1300<br>Phoenix, AZ 85012-3099<br>602-532-5600 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 792149118660<br>Email Notification, Shelley Smugala ssmugala@kvph.com<br>Email Notification, Robert M. Shaw rshaw@kvph.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Meghan Saffell |
| **ADDRESS:** | 120 South Central Avenue<br>Suite 400<br>Clayton, MO 63105 |
| **TELEPHONE:** | 314-863-5545 |

Page 1 of  1 / EK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

MICHAEL K. JEANES, CLERK
RECEIVED CCC #8
DOCUMENT DEPOSITORY

09 APR 30  PM 3:08

FILED

BY K. Edwards, DEP

HAWKINS and E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081  FAX: (602) 258-8864

CLIENT FILE NO.
73510-001

IN THE ARIZONA SUPERIOR COURT
STATE OF ARIZONA COUNTY OF MARICOPA

**MICHAEL VANSCHAIK**                                    CASE NO. CV2009-012125
            VS
**TARGET STORES, INC.**

STATE OF ARIZONA          )              AFFIDAVIT OF SERVICE
PINAL COUNTY              )
THE AFFIANT, being sworn, states: That I am a private process server registered in
PINAL COUNTY and an Officer of the Court.  On 04/22/09 I received the SUMMONS;
COMPLAINT; CERITIFCATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL

from SANDERS & PARKS and by MARK GILLING in each instance I personally served a
copy of each document listed above upon:
JULIE COLE, AN ARIZONA RESIDENT on 04/23/09 at 8:20 pm at 5110 S. POWER ROAD MESA,
AZ 85212 MARICOPA COUNTY in the manner shown below:

in person.

Description: CAUC, Female, Approx. 50 yrs. of age, 5' 6" tall, Weighing 140lbs.,
BLUE Eyes, GREY Hair,



DEVON M. THOMAS                        Affiant
Sworn to before me the   Apr 29, 2009



Kathy Hernandez                        Notary

My Commission expires:  06/01/2012

1576178 7787 02
ORIGINAL

AX021576178

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 16.00 |
| MILES        30 | $ | 60.00 |
| SERVICE CHARGE | $ | 5.00 |
| AFFIDAVIT PREP/NOTARY | $ | 10.00 |
| TOTAL | $ | 91.00 |

OFFICIAL SEAL
KATHY HERNANDEZ
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. June 1, 2012

MICHAEL K. JEANES, CLERK
RECEIVED CCC #8
DOCUMENT DEPOSITORY

09 APR 30 PM 3: 08
FILED
BY K Edwards, DEP

HAWKINS and E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081  FAX: (602) 258-8864

CLIENT FILE NO.
73510-001

IN THE ARIZONA SUPERIOR COURT
STATE OF ARIZONA COUNTY OF MARICOPA

**MICHAEL VANSCHAIK**
      VS
**TARGET STORES, INC.**

CASE NO. CV2009-012125

| | |
|---|---|
| STATE OF ARIZONA        ) | AFFIDAVIT OF SERVICE |
| PINAL COUNTY        ) | |

THE AFFIANT, being sworn, states: That I am a private process server registered in
PINAL COUNTY and an Officer of the Court.  On 04/22/09 I received the SUMMONS;
COMPLAINT; CERITIFICATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL

from SANDERS & PARKS and by MARK GILLING in each instance I personally served a
copy of each document listed above upon:
TINA DO-TRINGH on 04/24/09 at 3:35 pm at 5110 S. POWER ROAD MESA, AZ 85212 MARICOPA
COUNTY in the manner shown below:

in person.

Description: ASIAN, Female, Approx. 35 yrs. of age, 5' 5" tall, Weighing 115lbs.,
BROWN Eyes, BROWN Hair,

DEVON M. THOMAS        Affiant
Sworn to before me the  Apr 29, 2009

Kathy Hernandez        Notary

My Commission expires:  06/01/2012

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 16.00 |
| MILES    30 | $ | 60.00 |
| SERVICE CHARGE | $ | 5.00 |
| AFFIDAVIT PREP/NOTARY | $ | 10.00 |
| TOTAL | $ | 91.00 |

1576180 7787 02      AX021576180
ORIGINAL

OFFICIAL SEAL
KATHY HERNANDEZ
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. June 1, 2012